| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Boochever, Robert | 2. Court or Organization<br><br>U.S. Court Of Appeals 9th Cir. | 3. Date of Report<br><br>4/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. Box 91510<br><br>Pasadena, CA 91109-1510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR 30 A 9: 43 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Boochever, Robert | 4/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | STATE OF ALASKA - JUDICIAL RETIREMENT | 49651.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | PRUDENTIAL RETIREMENT FINANCIAL CO. & JACKSON NATIONAL LIFE INSURANCE CO. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

■ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Boochever, Robert | 4/14/2004 |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ALASKA BANK | | None | J | T | | | | | |
| 2. ALBERTSONS | A | Dividend | J | T | | | | | |
| 3. ALLSTATE CORPORATION | A | Dividend | K | T | | | | | |
| 4. AMERICAN EXPRESS CO. | A | Dividend | L | T | | | | | |
| 5. ARLINGTON 2004 | A | Interest | J | T | called | 6/5 | J | A | |
| 6. AMERICAN TELEPHONE | A | Dividend | K | T | sold | 2/14 | J | A | |
| 7. BAXTER, INTL | A | Dividend | K | T | buy | 4/10 | K | | |
| 8. BECTON DICKESON | A | Dividend | K | T | | | | | |
| 9. BERKSHIRE HATHAWAY | | None | L | T | add | 6/12 | K | | |
| 10. BRENTWOOD, CA IND INFRA SERIES B | A | Interest | J | T | | | | | |
| 11. 31ST CA INS. FUND | A | Interest | J | T | | | | | |
| 12. CA ED, STANFORD | D | Interest | L | T | | | | | |
| 13. CA EDL FAC. 6.70 11/1/24 | B | Interest | K | T | | | | | |
| 14. CA HEALTH FAC. 6.75 3/1/13 | B | Interest | K | T | | | | | |
| 15. CAL STANFORD 5.125 1/1/31 | B | Interest | K | T | buy | 9/25 | K | | |
| 16. CA HFA 6.10 2/1/09 | B | Interest | K | T | | | | | |
| 17. CA HOUSING FIN. 6.00 8/1/17 | B | Interest | K | T | | | | | |
| 18. CAL STANFORD 5.2% 12/1/27 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CA. STATE 5% 2/1/35 | C | Interest | L | T | | | | | |
| 20. CA. STATE 5/5 10/1/32 | C | Interest | K | T | | | | | |
| 21. CAL STATE 5% 2/1/08 | B | Interest | K | T | | | | | |
| 22. CAL STATE 5% 2/1/23 | B | Interest | K | T | | | | | |
| 23. CAL STATE 5.25% 1/1/21 | B | Interest | K | T | | | | | |
| 24. CA STATE 4.75 9/1/23 | B | Interest | J | T | | | | | |
| 25. CA STATE 6.10 9/1/04 | A | Interest | K | T | | | | | |
| 26. CA STATE 6.75 7/1/17 | A | Interest | J | T | | | | | |
| 27. CA STATE 5.00 10/1/23 | C | Interest | L | T | | | | | |
| 28. CA STATE 5.00 11/1/22 | C | Interest | K | T | | | | | |
| 29. CA STATE 5.00 2/1/23 | B | Interest | K | T | | | | | |
| 30. CA STATE 5.00 2/1/21 | C | Interest | L | T | | | | | |
| 31. CA STATE 6.00 10/1/21 | A | Interest | K | T | | | | | |
| 32. CA STATE 5.00 12/1/19 | B | Interest | K | T | called | 12/1 | K | A | |
| 33. CA STATE 7.20 5/1/08 | B | Interest | K | T | | | | | |
| 34. CA STATE 4.75 12/1/25 | C | Interest | K | T | | | | | |
| 35. CALAVERAS U.S.D. | A | Interest | J | T | | | | | |
| 36. CALTECH 4.25% 10/1/28 | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beechever, Robert | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. CARLSBAD, CA HOUSING | B | Interest | K | T | | | | | |
| 38. Citigroup VIII | C | Dividend | K | T | | | | | |
| 39. CONTRA COSTRO CITY, HOME MTG. REV | A | Interest | J | T | | | | | = ? |
| 40. DAVIS, CA JR. SCHOOL DIST. | B | Interest | K | T | | | | | |
| 41. Fed. Home 5.5% 2006 | D | Interest | L | T | called | 6/26 | L | A | |
| 42. FONTANA, CA REDEV. AGENCY | A | Interest | K | T | called | 9/1 | K | A | |
| 43. FORD MOTOR | A | Dividend | K | T | | | | | |
| 44. FREMONT 2.25 PRE | B | Dividend | K | T | | | | | |
| 45. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 46. HOME DEPOT | A | Dividend | K | T | buy | 6/12 | K | | |
| 47. HOPEWELL, VA REV. | B | Interest | K | T | | | | | |
| 48. INTL BUSINESS MACHINES | B | Dividend | M | T | | | | | |
| 49. HONEYWELL | A | Dividend | K | T | | | | | |
| 50. KERN COUNTY SFMR | A | Interest | J | T | | | | | |
| 51. LOS ANGELES, CA 5.90 12/1/26 | A | Interest | K | T | | | | | |
| 52. LOS ANGELES, CA 5.35 7/1/22 | B | Interest | K | T | | | | | |
| 53. LUCENT | A | Dividend | K | T | sold | 6/12 | K | A | |
| 54. METROPOLITAN WATER 5.00 7/1/27 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. METROPOLITAN WATER 4.75 7/1/22 | C | Interest | L | T | | | | | |
| 56. NEW YORK LIFE INS. POLICIES | A | Dividend | L | T | | | | | |
| 57. NORWALK, CA COM. FAC. FIN. | A | Interest | K | T | | | | | |
| 58. NUVEEN, CA INV. QUALITY MUN. FUND | A | Interest | K | T | | | | | |
| 59. ONTARIO, CA REDEV. FIN. AUTHO. | A | Interest | K | T | | | | | |
| 60. ORANGE COUNTY APT. REV. | A | Interest | J | T | called | 7/1 | J | A | |
| 61. ORANGE COUNTY CAL. APT. REV. | A | Interest | J | T | | | | | |
| 62. ORANGE COUNTY REDEV. AGENCY | A | Interest | K | T | called | 10/1 | K | A | |
| 63. PASADENA 5.25% 7/1/24 | C | Interest | L | T | buy | 8/5 | L | | |
| 64. PETROLEUM & RES | A | Dividend | K | T | | | | | |
| 65. PFIZER | A | Dividend | K | T | buy | 6/12 | K | | |
| 66. P. RICO HOUSING FIN. CORP. REV. | A | Interest | J | T | | | | | |
| 67. SACRAMENTO COUNTY CA COPS 6.20 2010 | A | Interest | K | T | | | | | |
| 68. SACRAMENTO COUNTY CA SAN. 5% 12/1/15 | A | Interest | K | T | | | | | |
| 69. SAFECO LIFE INSURANCE | B | Interest | K | T | | | | | |
| 70. SALINAS RED. AGENCY | B | Interest | K | T | called | 11/7 | K | A | |
| 71. SAN DIEGO GAS & ELEC. 6.40 2018 | A | Interest | J | T | | | | | |
| 72. SAN FRANCISCO CITY & COUNTY APT. RFD. 6.2% 2020 | C | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P2 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. SAN FRANCISCO CITY & COUNTY APT. RFD. 6.2% 2020 | C | Interest | K | T | | | | | |
| 74. SAN FRANCISCO IMP. BAYSHORE 6.2% 2020 | B | Interest | K | T | | | | | |
| 75. SAN FRANCISCO REDEV. AGENCY MULTI-FAM 6.86% 2026 | C | Interest | K | T | called | 5/1 | K | A | |
| 76. SAN JUAN, CA WATER DIS. | A | Interest | K | T | | | | | |
| 77. SARA LEE | A | Dividend | K | T | | | | | |
| 78. Stanford 5% 11/2/21 | C | Interest | L | T | | | | | |
| 79. STATE OF CA 2023 | A | Interest | K | T | | | | | |
| 80. SWEETWATER 2024 | A | Interest | J | T | | | | | |
| 81. UNIVERSITY OF CA REV. HOSP. 5.4% 2011 | A | Interest | K | T | | | | | |
| 82. University CAL 5% 9/1/28 | C | Interest | L | T | | | | | |
| 83. UTS MUNIE INV. TR. 201 | B | Interest | K | T | | | | | |
| 84. VERIZON | A | Dividend | K | T | | | | | |
| 85. VANGUARD SP. HEALTH | A | Dividend | M | T | | | | | |
| 86. WELLS FARGO | B | Dividend | L | T | partial sell | 12/9 | L | E | |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Column C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Methods Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Boochever, Robert | 4/14/2004 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date April 15, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544